# EXHIBIT
# A

**UNITED GRANTS OF AMERICA LLC**
**TEMPORARY EMPLOYMENT AGREEMENT**

| Name: Dan Ehrlich |
| Position: Account executive |
| Classification: Temp employee |

I, _____Dan Ehrlich_____, of legal age and resident of San Juan, Puerto Rico, understand that for ( 2 ) year(s) I will work for UNITED GRANTS OF AMERICA LLC (" UGOA" ) as a temporary employee. Said temporary employment will start on _12/9/24_ and end on _12/9/26_ I understand that I will work as an exempt employee and that my salary will be _85,000_ for a year.

I will be eligible to receive a 5% commission, subject to the discretion of the company, if, in the role of _Account Executive_, I contributed significantly to managing and facilitating the deal to completion. The determination of eligibility and payment will remain at the sole discretion of the company.

I understand that my contract could be terminated at any time before the end of the period of the temporary employment agreement, with just cause and for any other reasons permitted by Law, including a decrease in workload, low personnel requirements, for non-compliance with the rules of conduct or with the work for which I was hired. I also understand that I have no expectation of employment at UGA beyond this temporary agreement and that my employment agreement ends when this contract expires without the need for further notice unless this contract is renewed in writing.

I understand that the nature of my employment and job description were discussed before signing this contract. I understand and commit myself to dedicate my time, energy, and ability to the service of the Company and to protect its interests. I will obey and comply with the rules and regulations established, and the rules of conduct, which have been discussed with me. I will also follow the instructions given to me.

I am committed to carrying out my work with the highest efficiency, integrity, and respect and as a seasonal employee I understand that I am responsible for taking care of the equipment, tools, computers, uniform that are given to me to carry out my work and to keep my work area clean and neat.

As a temporary employee, I acknowledge that I will have access to confidential information, which I agree not to disclose to third parties except by prior written authorization and that I will sign a Non-Disclosure, Confidentiality and Non-Compete agreement as a condition for employment.

Docusign Envelope ID: AD255146-24CA-4A83-B893-E953B2B9AB6C

I also understand and consent to be paid by check or direct deposit biweekly. I understand as a temporary employee that my compensation and benefits are the ones established in this contract and for the term established in this contract.

Finally, I understand that my contract is temporary and will be governed by the terms established by Act No. 4 of January 26, 2017, as amended, Law of Transformation and Labor Flexibility, in all the terms not stipulated in this contract. UGA reserves the right to interpret this agreement, its policies, policies, and procedures at its discretion.

In San Juan, Puerto Rico, this __11/22/24_____

DocuSigned by:

*Dan Ehrlich*

5ACB8D4F0D6C470...

_____

EMPLOYEE

Signed by:

*Elias Tacher*

15D542F77ACC4EE...

_____

Authorized Representative
Of Employer