# EXHIBIT
# D

Farmers targeted by predatory grant companies for excessive fees related to the
MASC program (Marketing Assistance for Specialty Crops) can report the company to the USDA Office of Inspector General (OIG), the Federal Trade Commission (FTC), or state attorneys general. Direct application for MASC via the Farm Service Agency (FSA) is free, making high-fee third-party services potentially fraudulent.



USDA FSA (.gov) +2

**Actionable Recourse Steps:**

- **Report to Federal Authorities:** File a complaint with the USDA Office of Inspector General (OIG) for potential fraud involving government farm programs.

- **Report to Consumer Protection:** Submit a complaint to the Federal Trade Commission (FTC) for deceptive marketing practices.

- **State Attorney General:** File a complaint with the Consumer Protection Division of your state's Attorney General's office.

- **Legal Counsel:** Consult with an attorney specializing in agricultural law or fraud to review contracts for unconscionable, exploitative fees.

- **Documentation:** Gather all contracts, emails, and receipts showing fees paid to the third-party company.