# EXHIBIT
# E

