# EXHIBIT
# F

| | |
|---|---|
| **From:** | United Grants Of America <info@unitedgrantsofamerica.com> |
| **Sent:** | Monday, March 2, 2026 4:27 PM |
| **To:** | Andrew Lolli |
| **Subject:** | Fw: Formal Demand for Refund – MASC Application Fees - Direct Advantage Farms LLC |
| **Attachments:** | Farmers targeted by predatory Grant companies for excessive fees related to the MASC.docx |

**CAUTION:** **EXTERNAL EMAIL**



**From:** Mike Chasen < ███████████████ >
**Sent:** Friday, February 27, 2026 5:29 PM
**To:** United Grants Of America <info@unitedgrantsofamerica.com>; Andy Seckinger <andy.s@unitedgrantsofamerica.com>
**Subject:** Formal Demand for Refund – MASC Application Fees - Direct Advantage Farms LLC

Good Afternoon Eli and Andy,

I have received notice that the USDA has identified predatory and excessive fee practices related to third-party MASC application services. As you are aware, the MASC application through the Farm Service Agency (FSA) is provided at no cost to applicants.

In light of this information, and the $42,825.71 paid by Direct Advantage Farms LLC, LLC to United Grants of America, LLC for MASC services, I am formally demanding the immediate return of the full $42,825.71

Please remit payment to Direct Advantage Farms, LLC within five (5) calendar days of this notice.

If the funds are not received within that timeframe, I will proceed with:

- Filing a complaint with the USDA Office of Inspector General
- Filing a complaint with the Federal Trade Commission
- Filing a complaint with the California Attorney General's Office
- Pursuing all available legal remedies, including civil action

I would prefer to resolve this matter immediately and without escalation. However, I am fully prepared to proceed if necessary.

I expect confirmation of payment promptly.

Regards,

Mike Chasen
Direct Advantage Farms LLC.
831-250-0304  Office
████████████  Cell

www.68produce.com

1



**From:** Mike Chasen < ███████████████ >
**Sent:** Friday, February 27, 2026 4:46 PM
**To:** United Grants Of America
**Subject:** RE: 68 Produce LLC - USDA notification

Hi Elias,
I was planning on giving you a call as well.  I have a conference call in 10 minutes but I will be available in 45 minutes, will that work for you?
Thank you for reaching out and I'm sure we can come to a mutually beneficial agreement.

Mike Chasen
68 Produce LLC.
831-250-0304  Office
███████████  Cell

www.68produce.com



**From:** United Grants Of America <info@unitedgrantsofamerica.com>
**Sent:** Feb 27, 2026 1:30 PM
**To:** Mike Chasen < ████████████████ >; Andy Seckinger <andy.s@unitedgrantsofamerica.com>
**Subject:** Re: 68 Produce LLC - USDA notification

[68P EXTERNAL - Exercise Caution]

Hi Mike,

Can you please call me 917-485-1373. Dan is extremely disturbed and I am positive you have been misinformed. I think before you make any demands you should reach out to me and have a discussion. I spoke with Marty and have a lot of positive feedback from him.

I truly look forward to having the opportunity to introduce myself and explaining what is going on. I just need to chance to have a conversation so I can explain what is happening.

Warm regards,

Elias

1

Get Outlook for iOS

---

**From:** Mike Chasen < ██████████████ >
**Sent:** Friday, February 27, 2026 5:24:25 PM
**To:** United Grants Of America <info@unitedgrantsofamerica.com>; Andy Seckinger <andy.s@unitedgrantsofamerica.com>
**Subject:** 68 Produce LLC - USDA notification

Good Afternoon Eli and Andy,

I have received notice that the USDA has identified predatory and excessive fee practices related to third-party MASC application services. As you are aware, the MASC application through the Farm Service Agency (FSA) is provided at no cost to applicants.

In light of this information, and the $135,000 paid by 68 Produce, LLC to United Grants of America, LLC for MASC services, I am formally demanding the immediate return of the full $135,000.

Please remit payment to 68 Produce, LLC within five (5) calendar days of this notice.

If the funds are not received within that timeframe, I will proceed with:

- Filing a complaint with the USDA Office of Inspector General
- Filing a complaint with the Federal Trade Commission
- Filing a complaint with the California Attorney General's Office
- Pursuing all available legal remedies, including civil action

I would prefer to resolve this matter immediately and without escalation. However, I am fully prepared to proceed if necessary.

I expect confirmation of payment promptly.

Regards,

Mike Chasen
68 Produce LLC.
831-250-0304  Office
████████████  Cell

www.68produce.com



2

**From:** Ryan Maxwell <███████████████████>
**Sent:** Wednesday, February 25, 2026 11:23 AM
**To:** Noah Ajram <noah.a@unitedgrantsofamerica.com>; Dan Ehrlich <dan.e@unitedgrantsofamerica.com>; Thomas Maxwell <tom_maxwell@hotmail.com>; Kirsten Maxwell <███████████████████████>
**Subject:** Authorization Form

2/25/2026

To Whom It May Concern,

We are hereby terminating United Grants of America LLC's authorization to collect reports from the FSA on our behalf for T&D Honeybee and T&D Honeybee LLC.  We also are terminating all other agreements at this time.   If you have any questions or concerns, please do not hesitate to contact us.  If some other form is required for termination, please send immediately or advise accordingly.

Ryan & Kirsten Maxwell ████████████
Thomas Maxwell